# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

145994(49)(50)(51)(52)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

OMAR RASHAD POUNCY,
      Defendant-Appellant.

SC: 145994
COA: 306257
Genesee CC: 05-017154-FC

_____/

On order of the Court, the motion for reconsideration of this Court's May 28, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to remand for an actual innocence hearing, motion for clarification, and motion to hold case in abeyance are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



h0826

Clerk